IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT COURT OF OKLAHOMA

| | |
|---|---|
| 1.  ROBERT O'NEAL,<br><br>             Plaintiff,<br><br>v.<br><br>1.  STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>             Defendant. | No. CIV-13-00031-C<br><br>*Honorable Robin J. Cauthron* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert O'Neal, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal with prejudice of the above-referenced matter and all claims asserted or which could have been asserted by Plaintiff against Defendant, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

  /s/ Rex Travis
REX TRAVIS, OBA #9081
PAUL KOURI, OBA #20751
**TRAVIS LAW OFFICE**
P.O. Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile:  (405) 236-5499
*RexTravis@TravisLawOffice.com*
*PaulKouri@TravisLawOffice.com*
**ATTORNEYS FOR PLAINTIFF**

/s/ Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr., OBA #11743
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Facsimile: (405) 231-0062
*JTAcqua@aol.com*
**ATTORNEY FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**